# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 3, 2024

## NO. 03-22-00311-CV

**The Bank of San Antonio and Texas Express Funding, LLC, Appellants**

**v.**

**Dewey Bryant and Paul Weaver, Appellees**

**APPEAL FROM THE 274TH DISTRICT COURT OF COMAL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
AFFIRMED ON MOTION FOR REHEARING -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on May 4, 2022. The Court withdraws its previous opinion and judgment issued November 29, 2023, and substitutes the attached opinion and this judgment in their place. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.